IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

SHAUN EUGENE REED,

    Petitioner,

v.                                                 Civil Action No. 3:06CV101
                                                   Criminal Action No. 3:05CR3

UNITED STATES OF AMERICA,

    Respondent.

## ORDER DENYING PETITIONER'S OBJECTION/MOTION FOR CLARIFICATION OF THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Petitioner's testimony at the plea hearing demonstrates he unequivocally made a knowing, intelligent and voluntary waiver of all matters except, perhaps, relating to the restoration of his rights to possess a firearm under Arizona law. Motion **DENIED**.

IT IS SO ORDERED.

The Clerk of the Court is directed to provide a copy of this Order to parties who appear pro se and all counsel of record, as applicable, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

DATED: August 15, 2007

                                                                         /s/ James E. Seibert
                                                                         JAMES E. SEIBERT
                                                                         UNITED STATES MAGISTRATE JUDGE